**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO, and TRUSTEES OF THE
DRYWALL TAPERS AND PAINTERS LOCAL
UNION NO. 1974 BENEFIT FUNDS,

                Petitioners,                24 **CIVIL** 3586 (JGLC)

    -against-                                   <u>**JUDGMENT**</u>

CCC CUSTOM CARPENTRY CORP.,

                Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 11, 2024, Petitioners' Award is CONFIRMED. In addition, Petitioners are AWARDED attorneys' fees and costs in the amount of $3,047.00, plus post-judgment interest in accordance with 28 U.S.C. § 1961(a). Accordingly, the case is closed.

**Dated**: New York, New York
         December 12, 2024

                                                              **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                           **BY:**

                                                                **Deputy Clerk**